# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES PAUL, | No. CV 07-00899-SJO (AGR) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| JOHN MARSHALL, Warden, | |
|     Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 5/22/09

_S. James Otero_
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE